```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

**FILED**

APR 2 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>KASHMIR SINGH,<br>    Defendant. | MAG. NO. 99-263-PAN<br><br>MOTION TO DISMISS<br>AND (~~proposed~~) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against SINGH.

DATED: April 23, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By _____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 99-263-PAN against defendant KASHMIR SINGH is GRANTED.

DATED: 4/23/09

_____
HON. DALE A. DROZD
U.S. Magistrate Court Judge